JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOLDA, ET AL., | CASE NO. SACV 11-1857-JST (MLGx) |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL., | |
| Defendant. | |

On June 20, 2012, the Court issued an order dismissing Plaintiffs' Complaint without prejudice as to Defendants MERS, Countrywide, Recontrust, and Bank of America, and ordering Plaintiffs to file an amended complaint no later than July 11, 2012, or the Complaint would be dismissed with prejudice as to those Defendants. (Doc. 19). The Court also ordered Plaintiffs to show cause by July 11, 2012, why this case should not be dismissed as to Defendant Fannie Mae, and advised that failure to respond would result in the Court dismissing this case with prejudice as to Fannie Mae. To date, neither an amended complaint nor a response to the Court's order to show cause has been filed.

1        IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs'

2   Complaint is dismissed with prejudice.

3

4   DATED:  July 23, 2012

5

6                                            JOSEPHINE STATON TUCKER
                                             United State District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28